# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Judicial Watch, Inc.

v.

National Archives and Records Admin.

**Case No:** 16-5366

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)    ● Appellee(s)/Respondent(s)    ○ Intervenor(s)    ○ Amicus Curiae

National Archives and Records Administration

Names of Parties                      Names of Parties

### Counsel Information

**Lead Counsel:** Nicolas Y. Riley

**Direct Phone:** (202) 514-4814   **Fax:** (202) 514-7964   **Email:** nicolas.y.riley@usdoj.gov

**2nd Counsel:** Douglas N. Letter

**Direct Phone:** (202) 514-3602   **Fax:** (202) 514-8151   **Email:** douglas.letter@usdoj.gov

**3rd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division

**Firm Address:** 950 Pennsylvania Ave., N.W., Room 7231, Washington, DC 20530

**Firm Phone:** (202) 305-1754   **Fax:** (202) 514-9405   **Email:** civil.appellate@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　Plaintiff-Appellant,<br><br>　　v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>　　Defendant-Appellee. | No. 16-5366 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2016, I filed the foregoing entry of appearance for Defendant-Appellee National Archives and Records Administration via the Appellate CM/ECF system, which will effect service on counsel for all parties.

　　　　　　　　　　　　　　　　　　　　　*s/ Nicolas Y. Riley*
　　　　　　　　　　　　　　　　　　　　　Nicolas Y. Riley