[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

JUDICIAL WATCH, INC.,

    Plaintiff-Appellant,

    v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,

    Defendant-Appellee.

No. 16-5366

---

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.    Parties and Amici**

Appellant in this Court, who was plaintiff in the district court, is Judicial Watch, Inc.

Appellee in this Court, who was defendant in the district court, is the National Archives and Records Administration.

No amici curiae participated in this case during district court proceedings.

**B.     Rulings Under Review**

The rulings under review are the Memorandum Opinion and accompanying Order issued by Judge Reggie B. Walton on October 4, 2016, docket numbers 19 and 20. The opinion is not yet published.

**C.     Related Cases**

This matter has not previously been before this Court or any other Court. We are unaware of any related cases pending in this Court or any other court.

                                            Respectfully submitted,

                                            DOUGLAS N. LETTER
                                            *s/ Nicolas Y. Riley*
                                            NICOLAS Y. RILEY
                                               Attorneys, Appellate Staff
                                               Civil Division
                                               U.S. Department of Justice
                                               950 Pennsylvania Ave., N.W.
                                               Room 7231
                                               Washington, DC 20530
                                               (202) 514-4814

DECEMBER 2016

[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant-Appellee. | No. 16-5366 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2016, I filed the foregoing certificate as to parties, rulings, and related cases via the Appellate CM/ECF system, which will effect service on counsel for all parties.

*s/ Nicolas Y. Riley*
Nicolas Y. Riley
