# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Judicial Watch, Inc.

**v.**  **Case No:** 16-5366

National Archives and Records Admin.

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

⦿ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

Judicial Watch, Inc.

Names of Parties                              Names of Parties

### Counsel Information

Lead Counsel: Paul J. Orfandes

Direct Phone: (202) 646-5165   Fax: (202) 646-5199   Email: porfanedes@judicialwatch.org

2nd Counsel:

Direct Phone: ( ) -   Fax: ( ) -   Email:

3rd Counsel:

Direct Phone: ( ) -   Fax: ( ) -   Email:

Firm Name: Judicial Watch, Inc.

Firm Address: 425 Third Street, SW, Suite 800, Washington, DC 20024

Firm Phone: (202) 646-5172   Fax: (202) 646-5199   Email: jwlegal@judicialwatch.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing **APPELLANT'S ENTRY OF APPEARANCE** with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Appellate CM/ECF system on December 22, 2016. Participants in the case are registered CM/ECF users and service will be accomplished by the Appellate CM/ECF system.

/s/ Paul J. Orfanedes