IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Appellant, | ) | Case No. 16-5366 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION | ) ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## CORPORATE DISCLOSURE STATEMENT

Appellant Judicial Watch, Inc. is a not-for-profit, public interest organization that has no parent company, and no publicly held corporation has a 10% or greater ownership interest in Judicial Watch, Inc.

Dated: December 22, 2016

Respectfully submitted,

JUDICIAL WATCH, INC.

*/s/ Paul J. Orfanedes*
D.C. Bar No. 429716
425 Third Street, S.W., Suite 800
Washington, DC  20024
Tel:   (202) 646-5172

*Counsel for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Appellate CM/ECF system on December 22, 2016. Participants in the case are registered CM/ECF users and service will be accomplished by the Appellate CM/ECF system.

*/s/ Paul J. Orfanedes*