# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Appellant, | ) | Case No. 16-5366 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## APPELLANT'S CERTIFICATE
## AS TO PARTIES, RULINGS, AND RELATED CASES

Appellant, Judicial Watch, Inc., by counsel and pursuant to Circuit Rule 28(a)(1), certifies as follows:

**A.  Parties and Amici:**

The appellant in this appeal is Judicial Watch, Inc., the plaintiff in the U.S. District Court for the District of Columbia.  The appellee is the National Archives and Records Administration, the defendant in the U.S. District Court for the District of Columbia.  No *amici curiae* appeared in the U.S. District Court for the District of Columbia.

**B.   Ruling Under Review:**

The ruling under review is the final judgment entered on October 4, 2016 by the Honorable Reggie B. Walton, U.S. District Court for the District of Columbia.

**C.   Related Cases:**

Counsel for Appellant is not aware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Dated:  December 22, 2016              Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
D.C.  Bar No. 429716
425 Third Street SW, Suite 800
Washington, D.C.  20024
(202) 646-5172

*Counsel for Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2016, I filed the foregoing **APPELLANT'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES** with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the Appellate CM/ECF system.

/s/ Paul J. Orfanedes