IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Appellant, | ) | Case No. 16-5366 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**APPELLANT'S STATEMENT OF ISSUES
TO BE RAISED ON APPEAL**

Appellant Judicial Watch, Inc., by counsel, states that it intends to raise the following issues in this appeal:

1.  Whether the District Court erred in granting the National Archives and Records Administration's Motion for Summary Judgment and denying Judicial Watch, Inc.'s Cross-Motion for Summary Judgment.

Dated: December 22, 2016          Respectfully submitted,

                                  JUDICIAL WATCH, INC.

                                  /s/ Paul J. Orfanedes
                                  D.C. Bar No. 429716
                                  425 Third Street SW, Suite 800
                                  Washington, D.C. 20024
                                  (202) 646-5172

                                  *Counsel for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2016, I filed the foregoing **APPELLANT'S STATEMENT OF ISSUES TO BE RAISED ON APPEAL** with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the Appellate CM/ECF system.

/s/ Paul J. Orfanedes