## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Appellant, | ) | Case No.  16-5366 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## APPELLANT'S STATEMENT OF INTENT AS TO
## DEFERRED JOINT APPENDIX

Appellant, Judicial Watch, Inc., by counsel, respectfully states that it will not be using a deferred joint appendix in this appeal.

Dated:  December 22, 2016

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
D.C.  Bar No. 429716
425 Third Street SW, Suite 800
Washington, D.C.  20024
(202) 646-5172

*Counsel for Appellant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2016, I filed the foregoing

**APPELLANT'S STATEMENT OF INTENT AS TO DEFERRED JOINT**

**APPENDIX** with the Clerk of the Court for the United States Court of Appeals for

the District of Columbia Circuit by using the Appellate CM/ECF system.

Participants in the case are registered CM/ECF users and service will be

accomplished by the Appellate CM/ECF system.

/s/ Paul J. Orfanedes