# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO.   16-5366    2. DATE DOCKETED: 12/08/16
3. CASE NAME (lead parties only)   Judicial Watch, Inc.   v.   National Archives and Records Administration
4. TYPE OF CASE:   ☒ District Ct -   ☐ US Civil   ☐ Private Civil   ☐ Criminal   ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ☐ Yes  ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action 1:15-cv-01740    Bankruptcy    Tax
      Criminal    Adversary
      Miscellaneous    Ancillary
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge   Reggie B. Walton    Magistrate Judge
   d. Date of order(s) appealed (use date docketed):   10/04/16    e. Date notice of appeal filed:  12/03/16
   f. Has any other notice of appeal been filed in this case?   ☐ Yes  ☒ No   If YES, date filed:
   g. Are any motions currently pending in trial court?   ☐ Yes  ☒ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ☐ Yes  ☒ No
      If NO, why not?   No hearing in case.
   i. Has this case been before the Court under another appeal number? ☐ Yes  Appeal #   ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes  ☒ No  If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?   ☒ Yes  ☐ No
      If YES, give popular name and citation of statute   Freedom of Information Act, 5 U.S.C. Section 552
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?   ☐ Yes  ☐ No   If so, provide program name and participation dates

Signature /s/ Paul J. Orfanedes    Date   12/22/16
Name of Party   Judicial Watch, Inc.
Name of Counsel for Appellant/Petitioner   Paul J. Orfanedes
Address   425 Third Street, SW, Suite 800, Washington, DC 20024
Phone ( 202 )   646-5172    Fax ( 202 )   646-5199

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing **APPELLANT'S CIVIL DOCKETING STATEMENT** with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the Appellate CM/ECF system on December 22, 2016. Participants in the case are registered CM/ECF users and service will be accomplished by the Appellate CM/ECF system.

/s/ Paul J. Orfanedes