# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Judicial Watch, Inc.

v.   **Case No:** 16-5366

National Archives and Records Administra

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(•) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae

Judicial Watch, Inc.

Names of Parties                                              Names of Parties

### Counsel Information

Lead Counsel: 

Direct Phone: (   )    -     Fax: (   )    -     Email: 

2nd Counsel: Lauren M. Burke

Direct Phone: (202) 646-5194   Fax: (202) 646-5199   Email: lburke@judicialwatch.org

3rd Counsel: 

Direct Phone: (   )    -     Fax: (   )    -     Email: 

Firm Name: Judicial Watch, Inc.

Firm Address: 425 Third Street SW, Ste. 800

Firm Phone: (202) 646-5172   Fax: (202) 646-5199   Email: jwlegal@judicialwatch.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)