[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendant-Appellee. | No. 16-5366 |

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY BRIEF**

Pursuant to Fed. R. App. P. 26 & 27, appellant respectfully moves for an extension of time to file its reply brief. Appellee consents to this motion.

1. Pursuant to the clerk's order entered on February 17, 2017, Appellant's reply brief is due on May 12, 2017.

2. Appellant respectfully requests that the date for filing its reply brief be extended by 10 days, such that Appellant's reply brief will be due on or before May 22, 2017. There have been no previous extensions of the briefing deadlines in this case. Oral Argument is not yet scheduled in this case.

3. The requested extension is necessary for appellant's counsel to prepare an adequate reply to appellant's arguments. The attorney with primary responsibility

for preparing the appellant's brief in this case, Lauren M. Burke, has been diligent in preparing appellant's brief. However, unforeseen developments in other matters have delayed work on an adequate reply.

Paul J. Orfanedes is the senior attorney on this case. Mr. Orfanedes has work related obligations and is traveling to the mid-west and west coast May 10-17, 2017 and will be unavailable to review the appellant's brief for filing.

4. Nicolas Y. Riley, counsel for appellee, has informed the undersigned that appellee consents to this proposed extension of time for filing.

5. This extension of time is reasonable, will not prejudice the parties, and will not unduly delay this case, as oral argument has not yet been scheduled and granting this unopposed extension request will not affect any future filing deadlines in this appeal.

For these reasons, Appellant respectfully requests that its motion be granted.

Dated: May 8, 2017

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ *Paul J. Orfanedes*
Paul J. Orfanedes
/s/ *Lauren M. Burke*
Lauren M. Burke
425 Third Street, S.W., Suite 800
Washington, DC  20024
Tel:   (202) 646-5172
Email: porfanedes@judicialwatch.org
            lburke@judicialwatch.org

*Counsel for Plaintiff-Appellant*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A). This document contains 470 words. I further certify that this motion complies with the type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared (using Microsoft Word 2010) in a proportional Times New Roman, 14-point font.

    /s/ Lauren M. Burke
Lauren M. Burke

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017 I filed via the CM/ECF system the foregoing **Appellant's Unopposed Motion for Extension of Time to File Reply Brief** with the Clerk of the Court.  Participants in the case are registered CM/ECF users and service will be accomplished by the Appellate CM/ECF system.

*/s/ Lauren M. Burke*