# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 16-5366 | September Term, 2016 |
| | 1:15-cv-01740-RBW |

Filed On: May 10, 2017 [1674574]

Judicial Watch, Inc.,

      Appellant

    v.

National Archives and Records
Administration,

      Appellee

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file reply brief, it is

**ORDERED** that the motion be granted. Appellant's reply brief is now due on or before May 22, 2017.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                BY:    /s/
                          Ken R. Meadows
                          Deputy Clerk