# United States Court of Appeals
## For The District of Columbia Circuit

_____

No. 16-5366                                                     September Term, 2016

1:15-cv-01740-RBW

Filed On: July 31, 2017 [1686599]

Judicial Watch, Inc.,

        Appellant

     v.

National Archives and Records
Administration,

        Appellee

## O R D E R

       It is **ORDERED**, on the court's own motion, that this case is removed from the court's September 18, 2017 oral argument calendar and is rescheduled for oral argument on September 22, 2017, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                          BY:      /s/
                                                    Michael C. McGrail
                                                    Deputy Clerk