# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-5366**  September Term, 2017

1:15-cv-01740-RBW

Filed On: September 8, 2017 [1692023]

Judicial Watch, Inc.,

      Appellant

    v.

National Archives and Records Administration,

      Appellee

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for September 22, 2017, at 9:30 A.M. in Courtroom 20 on the sixth floor:

    Appellant  -  10 Minutes

    Appellee  -  10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Rogers and Tatel, and Senior Circuit Judge Silberman.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 15, 2017.

### Per Curiam

          FOR THE COURT:
          Mark J. Langer, Clerk

    BY:    /s/
          Michael C. McGrail
          Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)