# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 16-5366**　　　　　　　　　　　　　　　　**September Term, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　**1:15-cv-01740-RBW**

　　　　　　　　　　　　　　　　　　　　　　**Filed On: September 22, 2017** [1694006]

Judicial Watch, Inc.,

　　　　Appellant

　　v.

National Archives and Records Administration,

　　　　Appellee

**BEFORE:**　　Circuit Judges Rogers and Tatel, and Senior Circuit Judge Silberman

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on September 22, 2017 at 9:35 am. The cause was heard as case No. 1 of 3 and argued before the Court by:

　　Paul J. Orfanedes, counsel for Appellant.

　　Nicolas Y. Riley (DOJ), counsel for Appellee.

　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　Joseph A. D'Agostino
　　　　　　　　　　　　　　　　Deputy Clerk