# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 16-5366

**September Term, 2017**

FILED ON: DECEMBER 1, 2017

JUDICIAL WATCH, INC.,
                    APPELLANT

v.

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,
                    APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:15-cv-01740)

Before: ROGERS and TATEL, *Circuit Judges*, and SILBERMAN, *Senior Circuit Judge*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/

Ken Meadows
Deputy Clerk

Date: December 1, 2017

Opinion for the court filed by Circuit Judge Rogers.