# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 16-5366** | **September Term, 2017** |
| | **1:15-cv-01740-RBW** |
| | **Filed On: December 1, 2017** [1706949] |

Judicial Watch, Inc.,

      Appellant

    v.

National Archives and Records Administration,

      Appellee

### O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                    BY:    /s/
                              Ken R. Meadows
                              Deputy Clerk