# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 16-5366**     **September Term, 2017**

**1:15-cv-01740-RBW**

**Filed On: January 24, 2018** [1714409]

Judicial Watch, Inc.,

    Appellant

    v.

National Archives and Records Administration,

    Appellee

## M A N D A T E

In accordance with the judgment of December 1, 2017, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

BY:    /s/
        Ken R. Meadows
        Deputy Clerk

Link to the judgment filed December 1, 2017